Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
E-mail: michael@lozeaudrury.com
         doug@lozeaudrury.com
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205

Arthur Pugsley (State Bar No. 252200)
E-mail: arthur@lawaterkeeper.org
LOS ANGELES WATERKEEPER
120 Broadway, Suite 105
Santa Monica, CA 90401
Tel: (310) 394-6162
Fax: (310) 394-6178

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY FIBERS, INC., a corporation,<br><br>Defendant. | Case No. 2:17-cv-05960-AB-AGR<br><br>REQUEST FOR ENTRY OF CONSENT DECREE<br><br><br>Hon. Judge André Birotte Jr. |

Pursuant to the United States Department of Justice's and the United States Environmental Protection Agency's mandated 45-day period to review the [Proposed] Consent Decree entered into by the Parties on November 1, 2018 (*See* 33 U.S.C. § 1365(c); 40 C.F.R. § 135.5), on December 21, 2018, the Department of Justice sent a letter to the Parties indicating that the federal agencies had no objection to entry of the

[Proposed] Consent Decree.  That letter is attached hereto as Exhibit 1.  Accordingly, the Parties hereby respectfully request that the Court enter the [Proposed] Consent Decree filed with the Court contemporaneously with this request.

                                              Respectfully submitted,

Dated: December 21, 2018        LOZEAU DRURY LLP

/s/ *Douglas J. Chermak*
Douglas J. Chermak
*Attorneys for Plaintiff* LOS ANGELES WATERKEEPER

Dated: December 21, 2018        CASTELLON & FUNDERBURK LLP

/s/ *William W. Funderburk, Jr.*
(as authorized on 12/21/18)
William W. Funderburk, Jr.
*Attorneys for Defendant* CITY FIBERS, INC.